UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERRY SHARROB HAMPTON,

    Petitioner,                        CASE NO. 2:09-12842
                                       HONORABLE PAUL D. BORMAN
v.                               UNITED STATES DISTRICT JUDGE

NICK LUDWICK,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Paul D. Borman, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on November 10, 2010.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 10, day of November 2010.

                                                DAVID J. WEAVER
                                               CLERK OF THE COURT

**APPROVED:**
                                                BY: s/Michael Williams
                                               DEPUTY CLERK

s/Paul D. Borman
HON. PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 10, 2010.**

 

                **S/Michael Williams**
                **Case Manager**