# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GERRY SHARROB HAMPTON,

    Petitioner,

v.

NICK LUDWICK,

    Respondent.

CASE NO. 2:09-12842
HONORABLE PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

_____/

## **OPINION AND ORDER DENYING THE MOTION FOR RECONSIDERATION**

On November 10, 2010, this Court denied petitioner's habeas application brought pursuant to 28 U.S.C. § 2254 with prejudice. The Court also denied petitioner a certificate of appealability and leave to appeal *in forma pauperis*. Petitioner has now filed a motion for reconsideration. For the reasons stated below, the motion is **DENIED.**

U.S. Dist.Ct. Rules, E.D. Mich. 7.1 (h) allows a party to file a motion for reconsideration. In order for a court to grant a motion for reconsideration, the movant must show (1) a palpable defect; (2) that misled the court and the parties; and (3) that correcting the defect will result in a different disposition of the case. *Sigma Financial Corp. v. American Intern. Specialty Lines Ins. Co.*, 200 F. Supp. 2d 710, 715 (E.D. Mich. 2002). A 'palpable defect' is a defect which is considered "obvious, clear, unmistakable, manifest, or plain." *Id.* As a general rule, a court will not grant a motion for rehearing or reconsideration that merely presents the same issues ruled upon by the court, either expressly or by reasonable implication. *Id.*

Petitioner's motion for reconsideration will be denied, because he is merely presenting

1

issues which were already ruled upon by this Court, either expressly or by reasonable implication, when the Court denied the petition for writ of habeas corpus and denied petitioner a certificate of appealability and leave to appeal *in forma pauperis*. *See Hence v. Smith*, 49 F. Supp. 2d 549, 553 (E.D. Mich. 1999).

**ORDER**

**IT IS ORDERED** that Petitioner's motion for reconsideration [Court Docket Entry # 6] is **DENIED**.

**SO ORDERED.**

/s/ Paul Borman
PAUL D. BORMAN
UNITED STATES DISTRICT COURT

Dated: DEC 27 2010

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON Dec 27, 20 10

/s/ Lisa Wagner
DEPUTY COURT CLERK